**MAURICE WUTSCHER LLP**
Eric Tsai (SBN 273056)
71 Stevenson, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
E-mail: etsai@mauricewutscher.com

Patrick J. Kane (SBN 273103)
501 W. Broadway, Suite 800
San Diego, California 92101
Tel. (888) 339-5282
Facsimile: (866) 581-9302
E-mail: pkane@mauricewutscher.com

*Attorneys for Defendant Seterus, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINE ABBOTT,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:18-cv-03076-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON SETERUS'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>**<u>Old Hearing:</u>**<br>**Date: February 7, 2019**<br>**Time: 2:00 p.m.**<br>**Courtroom: 2, 15th Floor**<br>**Judge: Hon. Troy L. Nunley**<br><br>**<u>New Hearing:</u>**<br>**Date: February 21, 2019**<br>**Time: 2:00 p.m.**<br>**Courtroom: 2, 15th Floor**<br>**Judge: Hon. Troy L. Nunley**<br><br>Complaint Filed: November 28, 2018<br>Trial Date: TBD |

Defendant, Seterus, Inc. ("Seterus"), and Plaintiff Florentine Abbott ("Plaintiff"), by their counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her complaint ("Complaint") on November 28, 2018 [D.E. 18].

WHEREAS, in her Complaint, Plaintiff alleges that Seterus and Defendant Experian

Information Solutions, Inc. ("Experian") violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"), based on their alleged reporting of the mortgage loan after the property was taken in an eminent domain proceeding. *Id.*

WHEREAS, Experian filed its answer to the Complaint on December 22, 2018. [D.E. 4].

WHEREAS, Seterus filed a Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) on December 23, 2018, and noticed the hearing for January 24, 2019. [D.E. 6].

WHEREAS, the Court continued the hearing on Seterus's Motion to Dismiss to February 7, 2019. [D.E. 7].

WHEREAS, Seterus and Plaintiff stipulate pursuant Local Rule 143, to continue the hearing on Seterus's Motion to Dismiss to February 21, 2019.

Respectfully submitted,

Dated: January 23, 2019     **MAURICE WUTSCHER LLP**

/s/ Eric Tsai
Eric Tsai (SBN 273056)
Attorneys for Defendant
*Seterus, Inc.*

Dated: January 23, 2019     **LEISINGER LAW, LLP**

/s/ Rory Leisinger (as authorized on 1/23/19)
Rory Leisinger (SBN 277476)
Attorneys for Plaintiff
*Florentine Abbott*

# ORDER

Having considered the Stipulation to Continue the Hearing on Seterus's Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6), and good cause appearing, it is hereby ordered that:

The hearing on Seterus's Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) is continued to February 21, 2019 at 2:00 p.m. in Courtroom 2 of the above-captioned court.

**IT IS SO ORDERED.**

Dated: January 25, 2019

Troy L. Nunley
United States District Judge